**IT IS ORDERED as set forth below:**



**Date: September 11, 2020**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | \| | CASE NUMBER: 16-70997-wlh |
| Phillip Jerome Hughes | \| | |
| Debtor. | \| | CHAPTER 13 |

**ORDER AND NOTICE OF HEARING FOR DEBTOR TO SHOW CAUSE**
**WHY CASE SHOULD NOT BE CLOSED WITHOUT ENTRY OF DISCHARGE**

The docket reflects that the Chapter 13 Trustee filed a notice of plan completion and final report and accounting (Docket Nos. 54 & 57). Because the Debtor has failed to file the 11 U.S.C. § 1328 Certificate, the Court is unable to enter a discharge. Accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Debtor shall appear and show cause why this bankruptcy case should not be closed without entry of a discharge on **October 7, 2020** at **10:20 AM**, in Courtroom **1403**, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. "Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information

Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."

If the Debtor files all necessary documents prior to the hearing date, the matter shall be removed from the calendar. If all necessary documents are not filed at the time set for hearing, absent further order of the Court, the Clerk is authorized to close this case without the entry of a discharge.

The Clerk is directed to serve copies of this Order and Notice upon the Debtor, counsel for the Debtor, and the Chapter 13 Trustee.

**END OF DOCUMENT**